IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONALD HARVEY, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:16-CV-367-RWS |
| UNNAMED RESPONDENT, | : | |
| | : | |
| Respondent. | : | |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Walter E. Johnson [Doc. No. 2]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 2] is hereby approved and adopted as the opinion and order of this Court. As such, the Clerk is DIRECTED to administratively close this action.

**SO ORDERED**, this 8th day of March, 2016.

_____
**RICHARD W. STORY**
United States District Judge